[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Aug. 13, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-16177
Non-Argument Calendar

_____

D. C. Docket No. 08-00038-CR-T-24-MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTOINE WILBERT JEAN-LOUIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 13, 2009)

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Joseph C. Bodiford, appointed counsel for Antoine Wilbert Jean-Louis in

this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jean-Louis's convictions and sentences are **AFFIRMED**.

Nevertheless, we **VACATE** the judgment and commitment order due to a clerical error and **REMAND** the case to the district court with instructions for it to correct this order to reflect the correct period of supervised release announced at sentencing – namely, eight years on Count 1 and three years on Count 2, to run concurrently.